UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:25-CR-00460 HEA JSD |
| MICHAEL GILBERT, BREANNIA THOMAS, KEVISHIA SHELBY, and CANDIS WELLS, | ) SUPPRESSED |
| Defendants. | ) |

25mj 06296

### INDICTMENT

#### COUNT I
(Conspiracy to Distribute Controlled Substances)

The Grand Jury charges that:

On or about September 24, 2024, in the Eastern District of Missouri,

**MICHAEL GILBERT,
BREANNIA THOMAS, and
KEVISHIA SHELBY,**

the Defendants herein, conspired with each other, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute controlled substances, namely more than 50 grams of methamphetamine and more than 400 grams of fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

In violation of Title 21, United States Code, Section 846.

## COUNT II
### (Travel Act)

The Grand Jury further charges that:

On or about September 24, 2024, in the Eastern District of Missouri,

**MICHAEL GILBERT,**
**BREANNIA THOMAS,**
**KEVISHIA SHELBY, and**
**CANDIS WELLS,**

the Defendants herein, traveled in interstate commerce from the State of California to the State of Missouri, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, distribution of controlled substances and possession with intent to distribute controlled substances, under Title 21, United States Code, Section 841(a)(1), and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

In violation of Title 18, United States Code, Sections 1952(a)(3); 2.

## FORFEITURE ALLEGATION

The Grand Jury finds by probable cause that:

1.  Under Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 846, as set forth in Count One, Defendants shall forfeit to the United States of America any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of such violation(s), and any property used or intended to be used, in any

manner or part, to commit, or to facilitate the commission of such violation(s).

  2. If any of the property described above, as a result of any act or omission of the Defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

                _____
                FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
Torrie J. Schneider, #0388364 (MN)
Assistant United States Attorney